106 So.2d 36

**Marvin WILLIAMS**

v.

**CITY OF BAY MINETTE.**

I Div. 762.

Court of Appeals of Alabama.

Oct. 21, 1958.

Thompson & White, Bay Minette, for appellant.

J. B. Blackburn, Bay Minette, for appellee.

PRICE, Judge.

Reversed and rendered on authority of Downey v. City of Bay Minette, ante, p. 619, 106 So.2d 32.